IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| JET HARBOR, INC., | ) | |
| | ) | |
| Plaintiff/Counter-Defendant, | ) | |
| | ) | |
| v. | ) | Civil No. 3:10-0162 |
| | ) | Judge Trauger |
| SUMNER COUNTY REGIONAL AIRPORT AUTHORITY, | ) ) | |
| | ) | |
| Defendant/Counter-Plaintiff. | ) | |

**O R D E R**

The defendant has filed a Motion to Remand (Docket No. 9), to which no timely response has been filed. Local Rule 7.01(b) provides, in part, as follows: "Each party opposing a motion shall serve and file a response, memorandum, affidavits and other responsive material not later than fourteen (14) days after service of the motion, . . . . Failure to file a timely response shall indicate that there is no opposition to the motion."

The motion is well taken and is not opposed; therefore, it is hereby **GRANTED**. The Clerk is hereby **ORDERED** to **REMAND** this case to the Circuit Court for Sumner County, Tennessee, from whence it was removed.

The Clerk shall **TERM** the Motion to Disqualify (Docket No. 12) and the Motion to Amend Complaint (Docket No. 8) as moot.

It is so **ORDERED**.

ENTER this 1st day of April 2010.

_____
ALETA A. TRAUGER
U.S. District Judge